**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SCANLON ASSOCIATES INDUSTRIAL CONTRACTORS, LLC )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>TALON VETERAN SERVICES, INC. )<br>d/b/a FAR GROUP )<br>)<br>*Defendant*. )<br>) | Case No.: 1:23-CV-1680 |

**RULE 41 STIPULATION OF DISMISSAL**

Plaintiff Scanlon Associates Industrial Contractors, LLC ("Plaintiff") and Defendant Talon Veteran Services, Inc. d/b/a FAR GROUP ("Defendant"), by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with each party to bear its own fees, costs, and expenses.

Dated: August 24, 2024    Respectfully submitted,

/s/ Dirk McClanahan
Dirk McClanahan (VSB No. 81208)
MCCLANAHAN POWERS, PLLC
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
(703) 520-1326
(703) 828-0205 (Facsimile)
dmcclanahan@mcplegal.com
*Counsel for Defendant*

By: /s/ Kevin Watson
J. William Eshelman, Esq.
Kevin Watson, Esq.
Clark Hill, PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Phone: (202) 552-2374
Fax: (202) 572-8692
Email: weshelman@clarkhill.com
*kwatson@clarkhill.com*
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on April 24, 2024, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                                                         /s/ Dirk McClanahan
                                                                         Dirk McClanahan